Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIERS, | Case No. 3:18-cv-03337-RS |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Richard Seeborg |
| Defendant. | Complaint Filed: June 5, 2018 |

IT IS HEREBY STIPULATED, by and between Plaintiff STEVEN DIERS and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, (collectively, the "Parties") by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each Party shall bear its own attorneys' fees and costs.

The Parties further stipulate and request that all dates set in this matter be vacated and taken off the Court's calendar.

The Parties seek the Court's approval of the dismissal of the action with prejudice.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**.

Dated: April 29, 2019

Brian H. Kim
James P. Keenley
Emily A. Bolt
BOLT KEENLEY KIM LLP

By: */s/ Brian H. Kim*
    Brian H. Kim
    Attorneys for Plaintiff
    STEVEN DIERS

Dated: April 29, 2019

Anna Maria Martin
Kristin Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By: */s/ Kristin Kyle de Bautista*
    Kristin Kyle de Bautista
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

## FILER'S ATTESTATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

169094.1

2

Case No. 3:18-cv-03337-RS
STIP. TO DISMISS ENTIRE ACTION WITH
PREJUDICE; [PROPOSED] ORDER THEREON

# **ORDER**

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. No. 3:18-cv-03337-RS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**

Dated: April 29, 2019

Hon. Richard Seeborg
United States District Court Judge